**Oscar GONZALEZ–ACEVEDO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Respondent.**

**No. 14–1719.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 16, 2014.

Filed: Dec. 22, 2014.

Oscar Gonzalez–Acevedo, Denison, IA, pro se.

Karen Yolanda Drummond, Justin Robert Markel, Carl H. McIntyre, Andrew Oliveira, U.S. Department of Justice, Washington, DC, for Respondent.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Salvadoran citizen Oscar Gonzalez–Acevedo petitions for review of an order of the Board of Immigrations Appeals upholding an immigration judge's decision denying withholding of removal.[1] After careful consideration, we conclude that substantial evidence supports the denial: Gonzalez–Acevedo failed to establish a clear probability that his life or freedom would be

threatened in El Salvador because of his membership in a particular social group. *See De Castro–Gutierrez v. Holder,* 713 F.3d 375, 380 (8th Cir.2013). The petition for review is denied. *See* 8th Cir. R. 47B.

---

1. The rulings denying asylum and relief under the Convention Against Torture are not before us in this petition for review.